Peter M. Lazarus [SBN 128055]
PACIFIC ATTORNEY GROUP
856 South Robertson Boulevard, Penthouse
Los Angeles, CA 90035
Tel: (310) 659-6000 • Fax: (310) 659-4000

Attorneys for Plaintiff
JAMES RIDDLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIDDLE, | Case No.: 2:18-cv-02242-JAM-CKD |
| Plaintiff, | |
| vs. | |
| OWENS-BROCKWAY GLASS CONTAINER INC.; and DOES 1 to 20, | STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATEMENT |
| Defendants. | |

The parties, Plaintiff, James Riddle, and Defendant, Owens-Brockway Glass Container Inc., by and through their respective counsel, stipulate to extend the deadline to file a Joint Statement pursuant to Rule 26(f) from October 16, 2018 to November 6, 2018.

1. On July 16, 2018, Plaintiff James Riddle commenced an action against Defendant, Owens-Brockway by filing with the clerk of the San Joaquin County Superior Court a summons and complaint. Service of the summons and complaint on Defendant became effective July 18, 2018.

2. On August 16, 2018, Defendant Owens-Brockway filed its Answer to Plaintiff's Complaint in the San Joaquin Superior Court.

3. On August 17, 2018, Defendant filed a notice of removal of the action pursuant to U.S.C. 1441 (b) with the United States District Court for the Eastern District of California.

4. On August 17, 2018, Defendant completed the removal process by filing a copy of the notice of removal with the San Joaquin County Superior Court.

1

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE JOINT STATEMENT

5. Plaintiff and Defendant are currently evaluating the case, but require additional time for review.

6. The parties have conferred and agree to extend the deadline by approximately 28 days, from the current deadline of October 16, 2018 to November 14, 2018, to file the joint statement pursuant to Rule 26(f).

7. No prior extensions have been requested or granted.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that the parties will have until November 14, 2018 to file the joint statement pursuant to Rule 26(f).

SO STIPULATED.

Dated: October 24, 2018                    PACIFIC ATTORNEY GROUP


BY: /s/ Peter M. Lazarus
    PETER M. LAZARUS
Attorney for Plaintiff JAMES RIDDLE


Dated: October 24, 2018                    RILEY SAFER HOLMES & CANCILA LLP


BY: /s/ Sarah Youngblood-Bates
    SARAH YOUNGBLOOD-BATES
    STEPHEN M. HANKINS
Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation, the Court hereby orders as follows: |
| 3 | 1. The deadline to file a joint statement currently due on October 16, 2018 is continued to |
| 4 | November 14, 2018. |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: 10/24/2018 |
| 7 | /s/ John A. Mendez<br>United States District Court Judge |


STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE JOINT STATEMENT