Peter M. Lazarus [SBN 128055]
PACIFIC ATTORNEY GROUP
856 South Robertson Boulevard, Penthouse
Los Angeles, CA 90035
Tel: (310) 659-6000 • Fax: (310) 659-4000

Attorneys for Plaintiff
JAMES RIDDLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIDDLE,<br><br>　　　　Plaintiff,<br>vs.<br><br>OWENS-BROCKWAY GLASS CONTAINER INC.;<br>and DOES 1 to 20,<br><br>　　　　Defendants. | Case No.: 2:18-cv-02242-JAM-CKD<br><br>(San Joaquin County Superior Court, Case No. STK-CV-UAT-2018-0008575)<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND TO STATE COURT |

TO THE CLERK AND THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT JAMES RIDDLE ("Plaintiff") and OWENS-BROCKWAY GLASS CONTAINER INC. ("Defendant") stipulate at follows:

1. On July 16, 2018, Plaintiff James Riddle commenced an action against Defendant, Owens-Brockway by filing with the clerk of the San Joaquin County Superior Court a summons and complaint. Service of the summons and complaint on Defendant became effective July 18, 2018.

2. On August 16, 2018, Defendant Owens-Brockway filed its Answer to Plaintiff's Complaint in the San Joaquin Superior Court.

3. On August 17, 2018, Defendant filed a notice of removal of the action pursuant to U.S.C. 1441 (b) with the United States District Court for the Eastern District of California.

4. On August 17, 2018, Defendant completed the removal process by filing a copy of the notice of removal with the San Joaquin County Superior Court.

1

5. Plaintiff will not seek and waives all right to recover damages in excess of $75,000.00 in this action.

6. Plaintiff will satisfy any and all liens arising from this matter.

7. Plaintiff and Defendant hereby stipulate that the Action be remanded to San Joaquin County Superior Court.

8. Plaintiff and Defendant further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and Order.

Dated: November 9, 2018

BY: _____
JAMES RIDDLE
Plaintiff

Dated: November 9, 2018

PACIFIC ATTORNEY GROUP

BY: _____
PETER M. LAZARUS
Attorneys for Plaintiff JAMES RIDDLE

Dated: November 16, 2018

RILEY SAFER HOLMES & CANCILA LLP

BY: _____
SARAH YOUNGBLOOD-BATES
STEPHEN M. HANKINS
Attorneys for Defendant OWENS-BROCKWAY
GLASS CONTAINER INC.

**ORDER**

Pursuant to the Stipulation of the parties and good cause appearing, the Court hereby orders as follows:

1. The Parties' stipulation is approved;
2. Eastern District of California case number 2:18-cv-02242-JAM-CKD, styled JAMES RIDDLE V. OWENS-BROCKWAY CONTAINER INC. is remanded to San Joaquin County Superior Court.

IT IS SO ORDERED.

Dated: 11-19-2018

BY: _____
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND PROPOSED ORDER TO REMAND TO STATE COURT